AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Will Winkelstein <br> *Plaintiff* <br> v. <br> EXPEDIA, INC., [continued on Attachment 1] <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. C12 5573 MEJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Attachment 2

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 Adam C. Belsky
 Gross Belsky Alonso LLP
 One Sansome Street, Suite 3670
 San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10-30-12

Simone Voltz

*Signature of Clerk or Deputy Clerk*

## ATTACHMENT 1

HOTELS.COM LP; TRAVELOCITY.COM LP, SABRE HOLDINGS CORPORATION, PRICELINE.COM INCORPORATED, BOOKING.COM B.V., BOOKING.COM (USA), INC., ORBITZ WORLDWIDE, INC., HILTON WORLDWIDE INC., STARWOOD HOTELS & RESORTS WORLDWIDE, INC., MARRIOTT INTERNATIONAL, INC., TRUMP INTERNATIONAL HOTELS MANAGEMENT, LLC, KIMPTON HOTEL & RESTAURANT GROUP, LLC, INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., and JOHN DOES 1-100

*Defendants*

## ATTACHMENT 2

**Defendants**

Expedia, Inc.
333 108th Avenue NE
Bellevue, Washington 98004

Hotels.com LP
10440 North Central Expressway, Suite 400
Dallas, Texas 75231

Travelocity.com LP
3150 Sabre Drive
Southlake, Texas 76092

Sabre Holding Corporation
3150 Sabre Drive
Southlake, Texas 76092

Priceline.com Incorporated
800 Connecticut Avenue
Norwalk, Connecticut 06854

Booking.com B.V.
Herengracht 597, 1017 CE
Amsterdam, Netherlands

Booking.com (USA), Inc.
100 William Street, Suite 750
New York, New York 10038

Orbitz Worldwide, Inc.
500 W. Madison Street, Suite 1000
Chicago, Illinois 60661

Hilton Worldwide, Inc.
7930 Jones Branch Drive
McLean, Virginia 22102

Starwood Hotels & Resorts Worldwide, Inc.
One StarPoint
Stamford, Connecticut 06902

Marriott International, Inc.
10400 Fernwood Road
Bethesda, Maryland 20817-1102

Trump International Hotels Management, LLC
725 Fifth Avenue
New York, New York 10022

Kimpton Hotel & Restaurant Group, LLC
222 Kearny Street, Suite 200
San Francisco, CA 94108

Intercontinental Hotels Group Resources, Inc.
3 Ravinia Drive, Suite 100
Atlanta, Georgia 30346-2149